IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cameron, Willard | Case Number: 08 B 26189 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 02/10/09 | Filed: 9/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed: December 29, 2008
Confirmed:    None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Bank Of America | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | Green Point Mortgage Corp | Secured | 18,000.00 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,970.00 | 0.00 |
| 7. | America's Servicing Co | Secured | | No Claim Filed |
| 8. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 9. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 10. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 13. | Bank Of America | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Debt Credit Service | Unsecured | | No Claim Filed |
| | | | $ 19,970.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cameron, Willard | Case Number: 08 B 26189 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/10/09 | Filed: 9/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*